IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MATTHEW SCHAEFFER, | * |
| Plaintiff, | * |
| vs. | *   Civil Action No. CCB-22-1539 |
| BALTIMORE CITY FIRE DEPARTMENT, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPORT AND RECOMMENDATION

This case was referred to me to determine whether a default judgment should be entered and/or to make recommendations concerning damages. ECF No. 13. My review of the pleadings reveals that no proper party has been served with process in this action. Plaintiff has served Mr. Clinton Edwards, a supervisor of the Baltimore City Comptroller's Office, via certified mail, restricted delivery, return receipt requested. ECF No. 9 at 1. The initial order directing Mr. Schaeffer to "submit a summons that is addressed to the Mayor of Baltimore City, or which otherwise complies with the Maryland Rules" appears to have been filed in error. ECF No. 3 at 1. Here, the proper party to be served with process is the Mayor and City Council of Baltimore. *See Jenkins v. Balt. City Fire Dep't*, 862 F.Supp.2d 427, 441 (D.Md. 2012), *aff'd*, 519 F.App'x 192 (4th Cir. 2013) ("The Baltimore City Charter explicitly states that the Mayor and City Council of Baltimore 'may sue or be sued.'").

For the reasons set forth above, I recommend that the Motion be DENIED, without prejudice to Plaintiff's right to refile it at the appropriate time.

Date: 21 February 2023

A. David Copperthite
United States Magistrate Judge